AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| KIUMARS (QYOMARS) HAZIQ <br><br><br> _Plaintiff(s)_ <br> v. <br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY (USDHS); <br> See Attachment #1 <br><br> _Defendant(s)_ | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ U.S. Department Of Homeland Security, (USDHS) Kristi Noem, Secretary of USDHS;
United States Department of Homeland Security
245 Murray Lane #410, SW, Washington, DC 20528-0300

United States Citizenship and Immigration Services, (USCIS) Kika Scott, Acting
Deputy Director of USCIS; 20 Massachusetts Avenue, NW, Washington, DC 20529
See Attachement #2

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: DEVIN M. CONNOLLY, Cal. SBN 255852
REEVES IMMIGRATION LAW GROUP
2 North Lake Avenue, Suite 950
Pasadena, California 91101-1871
Tel: (626) 795-6777
dconnolly@reevesimmigration.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____

_____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## SUMMONS ATTACHMENT #1

KIUMARS (QYOMARS) HAZIQ,

Plaintiff(s)

vs.

U.S. DEPARTMENT OF HOMELAND SECURITY, (USDHS) KRISTI NOEM, SECRETARY OF USDHS; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, (USCIS) KIKA SCOTT, ACTING DEPUTY DIRECTOR OF USCIS; MICHAEL VALVERDE, ASSOCIATE DIRECTOR, FIELD OPERATIONS DIRECTORATE USCIS; ROBERT SANDERS USCIS SAN FERNANDO VALLEY FIELD OFFICE DIRECTOR; USCIS; U.S. CITIZENSHIP AND IMMIGRATION SERVICES, (USCIS); UNITED STATES DEPARTMENT OF HOMELAND SECURITY, (USDHS);

Defendant(s)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## SUMMONS ATTACHMENT #2

KIUMARS (QYOMARS) HAZIQ,

Plaintiff(s)

vs.

Michael Valverde, Associate Director, Field Operations Directorate USCIS
United States Citizenship and Immigration Services
5900 Capital Gateway Drive, MS 2030
Camp Springs, MD 20588-0009.

Robert Sanders, San Fernando Valley Field Office Director
United States Citizenship and Immigration Services
19809 Prairie Street 1st Floor Suite 100
Chatsworth, CA 91311

Defendant(s)